# United States Court of Appeals

## For the Eighth Circuit

_____

No. 12-3540

_____

Viviane Houffouet

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: July 5, 2013
Filed: July 15, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Viviane Houffouet, a native and citizen of the Ivory Coast, petitions for review of an order of the Board of Immigration Appeals (BIA) denying her motion to reconsider an earlier adverse BIA decision. After careful review, we conclude that the BIA did not abuse its discretion in denying Houffouet's motion. See Kipkemboi

v. Holder, 587 F.3d 885, 890-91 (8th Cir. 2009) (standard of review). Accordingly, we deny the petition for review. See 8th Cir. R. 47B.

_____